UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EILEEN CARR; CLAYTON KOLB; SAMUEL STANTON; DONRICH YOUNG; JANE DOE I; JANE DOE II; and JANE DOE III, on behalf of themselves and all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>GRAND CANYON UNIVERSITY, INC.; and GRAND CANYON EDUCATION, INC. d/b/a GRAND CANYON UNIVERSITY,<br><br>     Defendant. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-1707-TCB |

## J U D G M E N T

  This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

  **Ordered and Adjudged** that the action be, and the same hereby is, dismissed with respect to the claims asserted by the Plaintiffs with the exception of Plaintiff Donrich Young, and with respect to the declaratory judgment claim asserted by all Plaintiffs.

Dated at Atlanta, Georgia, this 19th day of August, 2019.

                    JAMES N. HATTEN
                    CLERK OF COURT

              By:  _s/ Uzma S. Wiggins_
                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 19, 2019
James N. Hatten
Clerk of Court

By: _s/ Uzma S. Wiggins_
    Deputy Clerk