UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONRICH YOUNG, on behalf of himself and all others similarly situated,

    Plaintiffs,

vs.

GRAND CANYON UNIVERSITY, INC. and GRAND CANYON EDUCATION, INC. d/b/a GRAND CANYON UNIVERSITY

    Defendants.

CIVIL ACTION FILE

NO. 1:19-cv-01707-TCB

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 22nd day of July, 2021.

                      KEVIN P. WEIMER
                      CLERK OF COURT

            By:   s/Traci Clements-Campbell
                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
    July 22, 2021
Kevin P. Weimer
Clerk of Court
By: s/Traci Clements-Campbell
    Deputy Clerk